IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEORGE SASSANI, an individual, d/b/a
LOST WORLD REPTILES,

    Plaintiff,

vs.    Case No.: 8:05-CV-2126-T-26TBM

LOST WORLD PETS, INC. a Massachusetts
corporation,

    Defendant.
_____/

## ORDER FOR FINAL DEFAULT JUDGMENT

The above-entitled cause came on for hearing on the Motion and Declaration of Plaintiff's counsel for an Order adjudging Defendant to be in default for lack of appearance in any form in the action.

It appears to the Court that Defendant, Lost World Pets, Inc., has been legally served with summons in this action, that entry of default was filed by the Court against Defendant on January 6, 2006, and that more than 10 days have elapsed since entry of default and the Court is fully determined of the sufficiency of the proceedings:

**IT IS THEREFORE ORDERED** that Defendant be adjudged in default in this action and

**IT IS FURTHER ORDERED** that judgment be entered in favor of Plaintiff, GEORGE SASSANI d/b/a LOST WORLD REPTILES, and against Defendant Lost

World Pets, Inc., in accordance with the claims made in the Complaint as set forth below:

1. That Defendant, its officers, agents, servants, employees, and attorneys and all those persons in active concert or participation with it be permanently enjoined and restrained from:

    a. Using the mark **LOST WORLD PETS** or any confusingly similar designation alone or in combination with other words, as a trademark, trade name component or otherwise, to market, advertise or identify Defendant's reptiles or related products;

    b. Otherwise infringing Plaintiff's mark **LOST WORLD REPTILES**;

    c. Unfairly competing with Plaintiff in any manner whatsoever; and

    d. Causing likelihood of confusion, injury to business reputation, or dilution of the distinctiveness of Plaintiff's symbols, labels, or forms of advertisement.

2. That Defendant be directed to file with this Court and serve on Plaintiff within thirty days after the service of an injunction, a report in writing under oath, setting forth in detail the manner and form in which Defendant has complied with the injunction.

3. That Defendant be required to deliver to Plaintiff, all literature, advertising and other material bearing the infringing designation, i.e. the mark **LOST WORLD PETS** or any confusingly similar designation alone or in combination with other words, as a trademark, trade name component or otherwise, to market, advertise or identify Defendant's reptiles or related products.

4. That Plaintiff have and recover costs of $325.00.

Date: January 18, 2006

Richard A. Lazzara
United States District Judge

cc: Lost World Pets, Inc.